

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

DRY BULK SINGAPORE PTE. LTD.       )
                                    )
         Plaintiff,                 )
                                    )   Case No.: 2:19cv444
v.                                  )
                                    )   Electronically Filed
M/V ETERNITY SW (IMO 9425851)       )
her engines freights, apparel       )
appurtenances, tackle, etc., *in rem*, )
                                    )
         Defendant.                 )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, certifies that Plaintiff Dry Bulk Singapore Pte. Ltd. is a privately held company with no publicly traded parents or subsidiaries.

Dated: August 23, 2019

Respectfully submitted,

**Daniel T. Stillman (VSB No. 88774)**
**Patrick M. Brogan (VSB No. 25568)**
DAVEY | BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, VA 23510
Tel:     757.622.0100
Fax:    757.622.4924
Email: dstillman@dbmlawfirm.com
         pbrogan@dbmlawfirm.com

*Attorneys for Plaintiff*

1

And

Chalos & Co, P.C.
Michael G. Chalos, Esq.
George M. Chalos, Esq.
Briton P. Sparkman, Esq.
55 Hamilton Ave.
Oyster Bay, NY 11771
Email: michael.chalos@chaloslaw.com
   gmc@chaloslaw.com
   bsparkman@chaloslaw.com
Tel: (516) 714-4300
Fax (516) 750-9051

*Pro Hac Vice Forthcoming*