UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:19-cv-444 |
| v. ) | |
| ) | |
| M/V ETERNITY SW (IMO 9425851) ) | |
| her engines freights, apparel ) | |
| appurtenances, tackle, etc., *in rem*, ) | |
| ) | |
| Defendant ) | |
| ) | |
| DONG LIEN MARITIME S.A. PANAMA ) | |
| ) | |
| Claimant. ) | |

**NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, DRY BULK SINGAPORE PTE. LTD., pursuant to Rule 41(a)(1)(A)(i) of the Rules of Civil Procedure for the United States District Courts. Neither Defendant DONG LIEN MARITIME S.A. PANAMA, *in personam*, nor the Vessel, M/V ETERNITY SW, *in rem*, has filed an answer or motion for summary judgment in this action. No costs shall be assessed against any party.

Dated: September 10, 2019

Respectfully submitted,

/s/ Daniel T. Stillman
**Daniel T. Stillman (VSB No. 88774)**
**Patrick M. Brogan (VSB No. 25568)**
DAVEY | BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, VA 23510
Tel: 757.622.0100
Fax: 757.622.4924
Email: dstillman@dbmlawfirm.com
pbrogan@dbmlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Daniel T. Stillman
**Daniel T. Stillman (VSB No. 88774)**
**Patrick M. Brogan (VSB No. 25568)**
DAVEY | BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, VA 23510
Tel: 757.622.0100
Fax: 757.622.4924
Email: dstillman@dbmlawfirm.com
pbrogan@dbmlawfirm.com
